NAYES, Respondent, vs. THE MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

*November 6, 1940—March 11, 1941.*

For the appellant there were briefs by *Shaw, Muskat & Paulsen* of Milwaukee, and oral argument by *Carl Muskat.*

*Leo J. Kohn* and *John L. Newman,* both of Milwaukee, for the respondent.

The following opinion was filed December 3, 1940:

PER CURIAM.    This case is ruled by the case of *Nayes v. Milwaukee E. R. & L. Co., ante,* p. 141, 294 N. W. 812.

The judgment of the circuit court is reversed, and cause remanded with directions to dismiss the complaint.

A motion for a rehearing was denied, with $25 costs in one case, on March 11, 1941.